# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JERMAINE TYRONE FULLER, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:21-cv-37 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:18-cr-50) |
| | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7. Movant Jermaine Fuller ("Fuller") filed Objections to this Report and Recommendation. Dkt. No. 8. Fuller also objects to the Magistrate Judge's Order denying his motions to appoint counsel and for an evidentiary hearing. Id.

In his Objections, Fuller asserts the Magistrate Judge erred in concluding trial counsel, Marvin Hicks, III, did not render ineffective assistance during the plea process. Id. at 1. Fuller states he relied on Mr. Hicks' advice he would not face more than eight (8) years in prison and, based on that advice, Fuller pleaded guilty. However, Fuller also states,

AO 72A
(Rev. 8/82)

though Mr. Hicks "did not promise [me] an exact sentence, he did advised [sic] [me] that [I] would not be exposed to more than 8 years under the guidelines." Id. at 2.  In addition, Fuller contends he would have rejected the plea offer and exercised his right to a jury trial had Mr. Hicks made him aware of the quantities of drug he would be accountable for, which was more than he understood and which exposed him to a higher sentence. Id. at 3.  Fuller objects to the Magistrate Judge's denials of his motions to appoint counsel and for an evidentiary hearing. Id. at 4.

Fuller presents nothing in his Objections to counter the Magistrate Judge's recommendations or his denials of Fuller's motions.  Fuller's Objections are simply a rehash of the arguments he raised previously.  The Magistrate Judge thoroughly addressed Fuller's assertions and correctly found them to be contradicted by the record.  Fuller's Objections present only his dissatisfaction with the Magistrate Judge's conclusions.

The Court **OVERRULES** Fuller's Objections and **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DENIES** Fuller's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Fuller *in forma pauperis* status on appeal and a Certificate of Appealability.

AO 72A
(Rev. 8/82)

2

In addition, the Magistrate Judge's Order denying Fuller's motions to appoint counsel and for an evidentiary hearing remains the rulings of the Court.  Dkt. No. 6.

**SO ORDERED**, this ___15___ day of ___December___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA